SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:09-cv-03090-JAM-KJN** |
| | ) |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| Steven Rowett, et al, | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  7/19/2011

/s/ John A. Mendez_____
U.S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-09-cv-03090-JAM-KJN- 1